1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**JS-6**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

ELAINEGRACE B.M.,[1]

              Plaintiff,

      v.

MARTIN O'MALLEY,
Commissioner of Social Security,

         Defendant.

Case No. 2:23-cv-03904-JC

JUDGMENT

    IT IS HEREBY ADJUDGED that the decision of the Commissioner of
Social Security Administration is AFFIRMED.

DATED: May 30, 2024

_____
                /s/

Honorable Jacqueline Chooljian
UNITED STATES MAGISTRATE JUDGE

[1]Plaintiff's name is partially redacted to protect Plaintiff's privacy in compliance with
Federal Rule of Civil Procedure 5.2(c)(2)(B) and the recommendation of the Committee on Court
Administration and Case Management of the Judicial Conference of the United States.